IN THE SUPREME COURT OF THE STATE OF NEVADA

WYNN RESORTS LIMITED; JOHN J. HAGENBUCH; RAY R. IRANI; JAY L. JOHNSON; ROBERT J. MILLER; PATRICIA MULROY; CLARK T. RANDT, JR.; ALVIN V. SHOEMAKER; J. EDWARD VIRTUE; D. BOONE WAYSON; AND MATTHEW MADDOX, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL, CHIEF DISTRICT JUDGE, Respondents,

and

BRUCE BANNISTER; LANA TALAMAS; HOWARD MEADOWS; GERALD OONIGIAN; LARRY CLERKS; JOE TILLOTSON; JOHN KALISH; FLORENCE KALISH; MARVIN MYERS; WILLIAM CAPRONI; RODNEY V. JOHN; A. LARAIN JOHN; CLIFFORD NAZZARO; AND LAWRENCE WEINER, Real Parties in Interest.

No. 78381

FILED

JUN 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

JOHN J. HAGENBUCH; RAY R. IRANI; JAY L. JOHNSON; ROBERT J. MILLER; PATRICIA MULROY; CLARK T. RANDT, JR.; ALVIN V. SHOEMAKER; J. EDWARD VIRTUE; D. BOONE WAYSON; AND MATTHEW MADDOX, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE

No. 78394

19-27413

LINDA MARIE BELL,
Respondents,
    and
THOMAS DINAPOLI, DERIVATIVELY
ON BEHALF OF WYNN RESORTS
LIMITED,
Real Party in Interest.

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court order striking petitioners' peremptory challenge. Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition); *State ex rel. Dep't Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Linda Marie Bell, Chief Judge
    Snell & Wilmer, LLP/Las Vegas
    Kirkland & Ellis LLP/Los Angeles
    Kirkland & Ellis LLP/New York
    Kemp, Jones & Coulthard, LLP
    Eighth District Court Clerk